██ LOUIS K. BRAUNSTON et al., Appellants-Respondents, v. ANCHORAGE WOODS, INC., et al., Respondents-Appellants, et al., Defendants.—

 In our opinion, it was an improvident exercise of discretion to grant the motion to cancel

plaintiffs' *lis pendens* upon the filing of an undertaking by one of the defendants. Under the circumstances here, plaintiffs are entitled to file the *lis pendens* and an undertaking will not assure them adequate relief in the event that they should succeed in the action (Civ. Prac. Act, § 124; cf. *Bienstock* v. *Nista Constr. Co.,* 225 App. Div. 534). Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.